Wayne W. Call, Bar No. 56676
wcall@calljensen.com
Aaron L. Renfro, Bar No. 255086
arenfro@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000; Fax: (949) 717-3100

Bruce S. Sostek (*Pro Hac Vice*)
bruce.sostek@tklaw.com
Jane Politz Brandt (*Pro Hac Vice*)
jane.brandt@tklaw.com
Herbert J. Hammond (*Pro Hac Vice*)
herbert.hammond@tklaw.com
Matthew P. Harper (*Pro Hac Vice*)
matt.harper@tklaw.com
Michael E. Schonberg (*Pro Hac Vice*)
mike.schonberg@tklaw.com
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 969-1700; Fax: (214) 969-1751

Attorneys for Plaintiff and Counterdefendant
LSI Corporation, dba LSI Logic Corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LSI CORPORATION, dba LSI Logic Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO, INC.,<br><br>Defendant. | Case No.  SACV10-01602 AG (AJWx)<br><br>**Hon. Andrew J. Guilford**<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>Date: June 12, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom 10D (Santa Ana),<br>       Before Hon. Andrew J. Guilford<br><br>Fact Discovery Cutoff: Sept. 24, 2012<br>Pretrial Conference:   Jan. 14, 2013<br>Trial Date:            Feb. 12, 2013 |

In accordance with the Court's Second Amended Scheduling Order (ECF No. 65), the parties file this Joint Claim Construction and Prehearing Statement.

(a) The parties have agreed on the proposed constructions for the following claim terms:

| U.S. Patent No. 5,982,830 (Maturi) | | |
|---|---|---|
| Term | Claims | Agreed Construction |
| predetermined number | 1 | at least two successive valid synchronization codes to synchronize, and at least two successive invalid synchronization codes to unsynchronize |
| predetermined condition | 5, 16, 20 | circumstance in which at least two successive valid synchronization codes or at least two invalid synchronization codes have been detected |
| sensing intervals between successive synchronization codes | 1, 15, 16, 20 | measuring the interval between successive synchronization codes |
| comparing said intervals with said predetermined interval | 1, 16, 20 | comparing the actual intervals between successive synchronization codes with a predetermined interval |
| sensing said data header and calculating said predetermined interval from said information between steps (a) and (c) | 16, 20 | sensing said data header and calculating said predetermined interval must occur after a synchronization code has been detected but before comparing said intervals with said predetermined interval |

| U.S. Patent No. 5,918,205 (Dierke) | | |
|---|---|---|
| Term | Claims | Agreed Construction |
| neutral data | 1 | any values or patterns that mask errors |

(b) The parties' proposed constructions for each disputed claim term are provided in the table attached as Exhibit A. The parties further agree that the remaining claim terms or phrases that are not identified in this Joint Claim Construction and Prehearing Statement or Exhibit A, should be afforded their plain and ordinary meaning as understood by one of ordinary skill in the art.

Dated: May 2, 2012                    Respectfully submitted,


                                      By:    /s/ Herbert J. Hammond
                                             **THOMPSON & KNIGHT LLP**
                                             Bruce S. Sostek (*Pro Hac Vice*)
                                             Jane Politz Brandt (*Pro Hac Vice*)
                                             Herbert J. Hammond (*Pro Hac Vice*)
                                             Matthew P. Harper (*Pro Hac Vice*)
                                             Michael E. Schonberg (*Pro Hac Vice*)

                                             **Attorneys for Plaintiff and Counterdefendant
                                             LSI Corporation, dba LSI Logic Corporation**

Dated: May 2, 2012                    By:    /s/ Ryan B. McCrum
                                             **JONES DAY**
                                             Kevin G. McBride (State Bar No. 195866)
                                             kgmcbride@jonesday.com
                                             Steven J. Corr (State Bar No. 216243)
                                             sjcorr@jonesday.com
                                             555 South Flower Street
                                             Fiftieth Floor
                                             Los Angeles, CA 90071-2300
                                             Telephone: (213) 489-3939
                                             Facsimile: (213) 243-2539

                                             Ryan B. McCrum (admitted *pro hac vice*)
                                             rbmccrum@jonesday.com

| | |
|---|---|
| 1 | David B. Cochran (admitted *pro hac vice*) |
| 2 | dbcochran@jonesday.com |
| | 901 Lakeside Avenue |
| 3 | Cleveland, OH 44114 |
| | Telephone: (216) 586-3939 |
| 4 | Facsimile: (216) 579-0212 |
| 5 | **Attorneys for Defendant and** |
| 6 | **Counterclaimaint Vizio, Inc.** |

Exhibit A

| | | U.S. Patent No. 5,452,006 (Auld '006) | |
|---|---|---|---|
| # | '006 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
| 1 | multiplexed bitstream | Plain and ordinary meaning, no construction necessary.<br><br>Alternative construction: a bitstream containing video and non-video information | system-level interleaving of groups of bits comprising variable length symbols representing one or more types of data |
| 2 | synchronizing to the received multiplexed bitstream | Plain and ordinary meaning, no construction necessary.<br><br>Alternative construction: locating a unique pattern of bits or sync codes in the multiplexed bitstream and aligning the bitstream data following the sync code. | examining the multiplexed bitstream one bit at a time to locate a unique pattern of bits |
| 3 | parsing | extracting | bitwise resolving into constituent components |

Exhibit A

| # | '006 Patent Claim Term/Phrase | U.S. Patent No. 5,452,006 (Auld '006) LSI's Proposed Construction | Vizio's Proposed Construction |
|---|---|---|---|
| 4 | parsing the video bitstream from the synchronized multiplexed bitstream | extracting the video bitstream component from the nonvideo components of the synchronized bitstream | bitwise resolving the synchronized multiplexed bitstream into constituent components and extracting the video bits |
| 5 | further parsing the video bitstream | extracting the various layers comprising the video bitstream. | further bitwise resolving the video bitstream into constituent components that are multi-bit symbols |
| 6 | an MPEG format | Plain and ordinary meaning, no construction necessary.<br><br>Alternative construction: a format for compressed digital video and audio developed by the Moving Picture Expert Group expressed in one or more MPEG standards. | ISO/IEC 11172 |

| # | '965 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
|---|---|---|---|
| | **U.S. Patent No. 5,686,965 (Auld '965)** | | |
| 1 | an MPEG standard | Plain and ordinary meaning; no construction necessary<br><br>Alternative construction: a standard for compressed digital video and audio developed by the Moving Picture Expert Group | ISO/IEC 11172 |
| 2 | multiplexed bitstream | Plain and ordinary meaning; no construction necessary<br><br>Alternative construction: a bitstream containing video and non-video information | system-level interleaving of groups of bits comprising variable length symbols representing one or more types of data |
| 3 | parsing | extracting | bitwise resolving into constituent components |

| # | '965 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
|---|---|---|---|
| 4 | parsing the multiplexed bitstream | extracting the video bitstream component from the non-video components of the bitstream | bitwise resolving the multiplexed bitstream into constituent components that are video bits and non-video bits |
| 5 | separating the video bitstream data from the non-video bitstream data | Plain and ordinary meaning; no construction necessary. | separating each video bit from non-video bits one bit at a time |
| 6 | parsing and translating the video bitstream data to produce video symbols | extracting the various layers comprising the video bitstream and translating them to produce video symbols | bitwise resolving the video bitstream into constituent components that are multi-bit symbols and translating these multi-bit symbols into video symbols |

U.S. Patent No. 5,686,965 (Auld '965)

Exhibit A

Page 4

| # | '072 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
|---|---|---|---|
| 1 | reconstructing means, coupled to said decoder, for reconstructing a picture from said picture data | 35 U.S.C. §112, ¶6<br><br>Function: reconstructing a picture from said picture data.<br><br>Structure: one or more processors programmed to perform Inverse Discrete Cosine Transform and Motion Compensation algorithms | §112, ¶6 Function: reconstructing a picture from said picture data<br><br>§112, ¶6 Structure: picture reconstruction unit 30, as described at col. 10:6-27 |
| 2 | picture storing means for storing said reconstructed picture | 35 U.S.C. §112, ¶6<br><br>Function: storing said reconstructed picture.<br><br>Structure: Memory | §112, ¶6 Function: storing said reconstructed picture<br><br>§112, ¶6 Structure: picture store 22, as described at 10:25-37 and 11:20-25 |

U.S. Patent No. 5,398,072 (Auld '072)

| # | '072 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
|---|---|---|---|
| 3 | means for controlling said display controller in response to a state of said reconstructing means | 35 U.S.C. §112, ¶6<br><br>Function: controlling said display controller in response to a state of said reconstructing means.<br><br>Structure: microcontroller | §112, ¶6 Function: controlling said display controller in response to a state of said reconstructing means<br><br>§112, ¶6 Structure: microcontroller 36, as shown and described in Figs. 2 and 5 and col. 13:33-14:65 |
| 4 | controlling said display controller in response to a state of said reconstructing means | Plain and ordinary meaning; no construction necessary<br><br>Alternative construction: synchronizing the display of a reconstructed picture and the reconstruction rate of decoded picture information | synchronizing the display rate of the reconstructed picture with the reconstruction rate of the decoded picture information |

| # | '072 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
|---|---|---|---|
| | | U.S Patent No. 5,398,072 (Auld '072) | |
| 5 | means for determining when picture data is received by said channel buffer | 35 U.S.C. §112, ¶6<br><br>Function: determining when picture data is received by said channel buffer.<br><br>Structure: microcontroller | §112, ¶6 Function: determining when picture data is received by said channel buffer<br><br>§112, ¶6 Structure: microcontroller 36 as described at col. 10:38-11:10 |
| 6 | storing all [of] the picture data for a single picture in a channel buffer | Plain and ordinary meaning; no construction necessary | storing a single picture at a time in a channel buffer having a size limited to the range of minimum and maximum sizes of a single picture |
| 7 | controlling the rate of a display controller in response to a rate of picture reconstruction | Plain and ordinary meaning; no construction necessary.<br><br>Alternative construction: synchronizing the rates at which pictures are displayed and reconstructed | the rate at which pictures are displayed is variable and is synchronized to the rate at which pictures are reconstructed |

Exhibit A

| # | '356 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
|---|---|---|---|
| | | U.S. Patent No. 5,379,356 (Purcell) | |
| 1 | first-in-first-out (FIFO) buffer | a memory that queues data in the order received, such that the first data input into the memory are the first data output from the memory. | first-in-first-out on-chip static random access memory (SRAM) optionally including additional off-chip dynamic random access memory (DRAM) |
| 2 | predetermined priority scheme | a protocol for prioritizing access to memory | predetermined ordering of direct access to memory by the FIFO and the IDCT circuit |
| 3 | providing a weighted adder for interpolating said reference video data and for summing said interpolated reference video data with said decoded data | Plain and ordinary meaning; no construction necessary.<br><br>Alternative construction: providing a weighted adder that both (a) interpolates the reference video data and (b) sums the interpolated reference video data with the decoded data | providing a weighted adder structure that both (a) interpolates the reference video data and (b) sums the interpolated reference video data with the decoded data |

Exhibit A

| # | '087 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
|---|---|---|---|
| | | U.S. Patent No. 5,870,087 (Chau) | |
| 1 | a single memory | Term appears only in the preamble of claims 10 and 16 and is not a limitation of the claims. Therefore, no construction is necessary.<br><br>Construction if Court determines the term is a limitation: memory functioning as a unit | one, and only one, structure for storing all code and data |
| 2 | unified memory | memory functioning as a unit | one, and only one, structure for storing all code and data |
| 3 | controlling operations accesses code and data from said first unified memory | Plain and ordinary meaning; no construction necessary.<br><br>Alternative construction: system controller programmed to read from the first unified memory | system controller programmed to exclusively read from and write to the unified memory |

| # | '087 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
|---|---|---|---|
| | | U.S. Patent No. 5,870,087 (Chau) | |
| 4 | a memory controller | Plain and ordinary meaning; no construction necessary.<br><br>Alternative construction: a device for managing memory operations | electronic circuitry which generates addressing and control signals to a single memory |
| 5 | wherein the memory stores code and data useable by the system controller which enables the system controller to perform control functions within the video decoder system | Plain and ordinary meaning; no construction necessary | all code and data used by the system controller to perform control functions within the video decoder system is stored in a single memory |
| 6 | operable to access the memory | Plain and ordinary meaning; no construction necessary<br><br>Alternative construction: configured to read from the memory | configured to exclusively read from and write to the single memory |

## U.S. Patent No. 5,982,830 (Maturi)

| # | '830 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
|---|---|---|---|
| 1 | data header | in an audio data frame, data describing characteristics of an audio data frame, wherein said data precedes the audio data of the frame | Plain and ordinary meaning; no construction necessary |
| 2 | synchronization codes | Plain and ordinary meaning; no construction necessary.<br><br>Alternative construction: a specific series of bits preceding audio data in a frame | binary digits inserted into a data stream to separate blocks of data |
| 3 | a sensor for sensing intervals between successive synchronization codes | Plain and ordinary meaning, no construction necessary. | §112, ¶6 Function: sensing intervals between successive synchronization codes<br><br>§112, ¶6 Structure:<br>bit counter (46) coupled to the output of synchronization detecting unit (42), as shown in Fig. 5a and described at 8:45-67. |

| # | '830 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
|---|---|---|---|
| | | U.S. Patent No. 5,982,830 (Maturi) | |
| 4 | a comparator for comparing said intervals with said predetermined intervals | Plain and ordinary meaning, no construction necessary. | §112, ¶6 Function: comparing said intervals with said predetermined intervals<br><br>§112, ¶6 Structure: compare unit (52), including inputs from counter (46) and table (48), as shown in Fig. 5a and described at 8:59-67 and 9:6-13. |
| 5 | predetermined interval | Plain and ordinary meaning, no construction necessary.<br><br>Alternative construction: the frame length between synchronization codes of two successive audio data frames, calculated from information in the data header of the first of the two frames or determined by measuring bits between the synchronization codes | the frame length between synchronization codes of two successive data frames |

| | U.S. Patent No. 5,982,830 (Maturi) | | |
|---|---|---|---|
| # | '830 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
| 6 | a comparator for comparing said intervals with synchronization code intervals | Plain and ordinary meaning, no construction necessary. | §112, ¶6 Function: comparing said intervals with synchronization code intervals<br><br>§112, ¶6 Structure: compare unit (52), including inputs from counter (46) and table (48), as shown in Fig. 5a and described at 8:59-67 and 9:6-13. |

| # | '205 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
|---|---|---|---|
| | | U.S. Patent No. 5,918,205 (Dierke) | |
| 1 | vector samples | Plain and ordinary meaning; no definition required.<br><br>Alternative construction: a sequence of values representing a sampled audio signal | a series of numbers not yet subjected to filtering |
| 2 | replacing those vector samples decoded when a concealment of an error is requested with neutral data | replacing the vector samples with any values or patterns that mask errors when error concealment is requested | vector samples must be replaced with neutral data before buffering if error concealment is requested |

| # | '817 Patent Claim Term/Phrase | LSI's Proposed Construction | Vizio's Proposed Construction |
|---|---|---|---|
| | **U.S. Patent No. 5,864,817 (Galbi)** | | |
| 1 | the first vector having components which represent frequency-domain components of a sound sample | Plain and ordinary meaning; no construction necessary.<br><br>Alternative construction: a first vector having a set of frequency domain components extracted from the subband data of a sound | the first vector is in the frequency domain |
| 2 | butterfly unit | Plain and ordinary meaning; no construction necessary<br><br>Alternative construction: device designed to simultaneously produce particular sums and differences of two inputs | a hardware unit with two inputs that is designed to simultaneously produce the sum and difference of the two inputs |
| 3 | the second vector having components which represent frequency-domain components of a sound sample | Plain and ordinary meaning; no construction necessary.<br><br>Alternative construction: a second vector having a set of frequency-domain components extracted from the subband data of a sound. | the second vector is in the frequency domain |

Exhibit A