UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1602 AG (AJWx) | Date | May 8, 2012 |
|---|---|---|---|
| Title | VIZIO, INC. v. LSI CORPORATION, INC. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

**Proceedings:**       **[IN CHAMBERS ] ORDER STRIKING JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

At the parties' February 28, 2011 Scheduling Conference, the Court stated that it would construe no more than 12 claim *terms*, except upon noticed motion requesting construction of additional terms.  (Dkt. No. 33, Hearing Transcript, Feb. 28, 2011 at 8:12-13.)  The Court explained that placing a ceiling on claim construction furthers the interests of justice by "requir[ing] counsel to think about coalescing, joining, and I think simplifying, which I think ultimately produces a good – a better product to be presented to the jury." (*Id.* at 8:3-7.)

But at the same time, the Court acknowledged that this ceiling might need to be raised. The Court therefore invited the parties to "bring a motion showing cause why more claims need to be construed."  (*Id.* at 7:5-6.)  Indeed, the Court stated that "I'll be very lenient if you bring such a motion."  (*Id.* at 7:7-8.)

In the *fourteen months* since that Scheduling Conference, no party filed a motion to raise the claim construction limit.  Instead, the parties filed a "Joint Claim Construction and Prehearing Statement" on May 2, 2012 requesting that the Court construe *forty-five* claim terms from eight different patents.  (Dkt. No. 106.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1602 AG (AJWx) | Date | May 8, 2012 |
|---|---|---|---|
| Title | VIZIO, INC. v. LSI CORPORATION, INC. | | |

Because of the parties' noncompliance with the Court's instructions, the Court STRIKES the Joint Claim Construction and Prehearing Statement.  The parties shall submit a revised Joint Claim Construction and Prehearing Statement by May 18, 2012 identifying no more than 12 claim terms for this Court to construe.  Alternatively, each party may separately lodge, by May 18, 2012, a document setting forth the 12 terms it wishes construed in order of preference.

If the parties submit separate documents, the Court will review them to determine if both sides desire construction of the same terms.  If so, the Court will construe them.  If, as is likely, there is not perfect overlap between the parties' chosen terms, the Court will select the remainder by going down each party's list – selecting the first term from Plaintiff's list, followed by the first term from Defendant's list, followed by the second term from Plaintiff's list, followed by the second term from Defendant's list, and so on – until the 12 term limit is reached.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |