Wayne W. Call, Bar No. 56676
wcall@calljensen.com
Aaron L. Renfro, Bar No. 255086
arenfro@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000; Fax: (949) 717-3100

Bruce S. Sostek (*Pro Hac Vice*)
bruce.sostek@tklaw.com
Jane Politz Brandt (*Pro Hac Vice*)
jane.brandt@tklaw.com
Herbert J. Hammond (*Pro Hac Vice*)
herbert.hammond@tklaw.com
Matthew P. Harper (*Pro Hac Vice*)
matt.harper@tklaw.com
Michael E. Schonberg (*Pro Hac Vice*)
mike.schonberg@tklaw.com
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 969-1700; Fax: (214) 969-1751

Attorneys for Plaintiff and Counterdefendant
LSI Corporation, dba LSI Logic Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LSI CORPORATION, dba LSI Logic Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO, INC.,<br><br>Defendant. | Case No. SACV10-01602 AG (AJWx)<br><br>Hon. Andrew J. Guilford<br><br>REVISED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT<br><br>Date: June 12, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom 10D (Santa Ana), Before Hon. Andrew J. Guilford<br><br>Fact Discovery Cutoff: Sept. 24, 2012<br>Pretrial Conference: Jan. 14, 2013<br>Trial Date: Feb. 12, 2013 |

2869467.1

- 1 -

REVISED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

In accordance with the Court's Order Striking Joint Claim Construction and Prehearing Statement (ECF No. 107), the parties file this Revised Joint Claim Construction and Prehearing Statement.

(a) The parties have agreed on the proposed constructions for the following claim terms:

| U.S. Patent No. 5,982,830 (Maturi) | | |
|---|---|---|
| **Term** | **Claims** | **Agreed Construction** |
| predetermined number | 1 | at least two successive valid synchronization codes to synchronize, and at least two successive invalid synchronization codes to unsynchronize |
| predetermined condition | 5, 16, 20 | circumstance in which at least two successive valid synchronization codes or at least two invalid synchronization codes have been detected |
| sensing intervals between successive synchronization codes | 1, 15, 16, 20 | measuring the interval between successive synchronization codes |
| comparing said intervals with said predetermined interval | 1, 16, 20 | comparing the actual intervals between successive synchronization codes with a predetermined interval |
| sensing said data header and calculating said predetermined interval from said information between steps (a) and (c) | 16, 20 | sensing said data header and calculating said predetermined interval must occur after a synchronization code has been detected but before comparing said intervals with said predetermined interval |

| U.S. Patent No. 5,918,205 (Dierke) |||
|---|---|---|
| Term | Claims | Agreed Construction |
| neutral data | 1 | any values or patterns that mask errors |

(b) The parties' proposed constructions for each disputed claim term are provided in the table attached as Exhibit A. The parties further agree that the remaining claim terms or phrases that are not identified in this Joint Claim Construction and Prehearing Statement or Exhibit A, should be afforded their plain and ordinary meaning as understood by one of ordinary skill in the art.

Dated: May 18, 2012                    Respectfully submitted,

                                       By:   /s/ Aaron L. Renfro
                                             **THOMPSON & KNIGHT LLP**
                                             Bruce S. Sostek (*Pro Hac Vice*)
                                             Jane Politz Brandt (*Pro Hac Vice*)
                                             Herbert J. Hammond (*Pro Hac Vice*)
                                             Matthew P. Harper (*Pro Hac Vice*)
                                             Michael E. Schonberg (*Pro Hac Vice*)

                                             **CALL & JENSEN**
                                             Wayne W. Call, Bar No. 56676
                                             Aaron L. Renfro, Bar No. 255086

                                             **Attorneys for Plaintiff and Counterdefendant LSI Corporation, dba LSI Logic Corporation**

Dated: May 18, 2012                    By:   /s/ Ryan B. McCrum w/permission
                                             **JONES DAY**
                                             Kevin G. McBride (State Bar No. 195866)
                                             kgmcbride@jonesday.com
                                             Steven J. Corr (State Bar No. 216243)
                                             sjcorr@jonesday.com
                                             555 South Flower Street
                                             Fiftieth Floor
                                             Los Angeles, CA 90071-2300

| | |
|---|---|
| 1 | Telephone: (213) 489-3939 |
| 2 | Facsimile: (213) 243-2539 |
| 3 | Ryan B. McCrum (admitted *pro hac vice*) |
| | rbmccrum@jonesday.com |
| 4 | David B. Cochran (admitted *pro hac vice*) |
| | dbcochran@jonesday.com |
| 5 | 901 Lakeside Avenue |
| 6 | Cleveland, OH 44114 |
| | Telephone: (216) 586-3939 |
| 7 | Facsimile: (216) 579-0212 |
| 8 | **Attorneys for Defendant and** |
| 9 | **Counterclaimaint Vizio, Inc.** |