# EXHIBIT A

# EXHIBIT A

| | **U.S. Patent No. 5,452,006 (Auld '006)** | | |
|---|---|---|---|
| | **Term** | **LSI's Construction** | **Vizio's Construction** |
| 1 | parsing the video bitstream from the synchronized multiplexed bitstream (claim 27) | extracting the video bitstream component from the nonvideo components of the synchronized bitstream | bitwise resolving the synchronized multiplexed bitstream into constituent components and extracting the video bits |
| 2 | further parsing the video bitstream (claim 27) | extracting the various layers comprising the video bitstream. | further bitwise resolving the video bitstream into constituent components that are multi-bit symbols |
| 3 | an MPEG format (claim 27) | Plain and ordinary meaning, no construction necessary.

Alternative construction: a format for compressed digital video and audio developed by the Moving Picture Expert Group expressed in one or more MPEG standards. | ISO/IEC 11172 |

| | **U.S. Patent No. 5,686,965 (Auld '965)** | | |
|---|---|---|---|
| | **Term** | **LSI's Construction** | **Vizio's Construction** |
| 4 | an MPEG standard (claim 15) | Plain and ordinary meaning; no construction necessary<br><br>Alternative construction: a standard for compressed digital video and audio developed by the Moving Picture Expert Group | ISO/IEC 11172 |
| 5 | parsing the multiplexed bitstream (claim 15) | extracting the video bitstream component from the non-video components of the bitstream | bitwise resolving the multiplexed bitstream into constituent components that are video bits and non-video bits |
| 6 | parsing and translating the video bitstream data to produce video symbols (claim 15) | extracting the various layers comprising the video bitstream and translating them to produce video symbols | bitwise resolving the video bitstream into constituent components that are multi-bit symbols and translating these multi-bit symbols into video symbols |

– 3 –

| | **U.S. Patent No. 5,398,072 (Auld '072)** | | |
|---|---|---|---|
| | **Term** | **LSI's Construction** | **Vizio's Construction** |
| 7 | storing all [of] the picture data for a single picture in a channel buffer (claim 18) | Plain and ordinary meaning; no construction necessary | storing a single picture at a time in a channel buffer having a size limited to the range of minimum and maximum sizes of a single picture |
| | **U.S. Patent No. 5,379,356 (Purcell)** | | |
| | **Term** | **LSI's Construction** | **Vizio's Construction** |
| 8 | predetermined priority scheme (claims 10, 11) | a protocol for prioritizing access to memory | predetermined ordering of direct access to memory by the FIFO and the IDCT circuit |

| | **U.S. Patent No. 5,870,087 (Chau)** | | |
|---|---|---|---|
| | **Term** | **LSI's Construction** | **Vizio's Construction** |
| 9 | a single memory (claims 10, 16) | Term appears only in the preamble of claims 10 and 16 and is not a limitation of the claims. Therefore, no construction is necessary.<br><br>Construction if Court determines the term is a limitation: memory functioning as a unit | one, and only one, structure for storing all code and data |
| 10 | unified memory (claims 10, 11, 12) | memory functioning as a unit | one, and only one, structure for storing all code and data |
| | **U.S. Patent No. 5,982,830 (Maturi)** | | |
| | **Term** | **LSI's Construction** | **Vizio's Construction** |
| 11 | synchronization codes (claims 1, 5, 16, 20) | Plain and ordinary meaning; no construction necessary.<br><br>Alternative construction: a specific series of bits at the beginning of an audio data frame | binary digits inserted into a data stream to separate blocks of data |

– 5 –

| | | U.S. Patent No. 5,864,817 (Galbi) | |
|---|---|---|---|
| | **Term** | **LSI's Construction** | **Vizio's Construction** |
| 12 | butterfly unit (claim 1) | Plain and ordinary meaning; no construction necessary<br><br>Alternative construction: device designed to simultaneously produce particular sums and differences of two inputs | a hardware unit with two inputs that is designed to simultaneously produce the sum and difference of the two inputs |